IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | | |
|---|---|---|
| Board of Trustees, Sheet Metal Workers' National Pension Fund, Board of Trustees, International Training Institute for the Sheet Metal and Air Conditioning Industry, Board Of Trustees National Energy Management Institute Committee, Board of Trustees Sheet Metal Occupational Health Institute, Board of Trustees Sheet Metal Workers' International Association Scholarship Fund | ) ) ) ) ) ) ) ) ) ) | 1:11cv1079 (JCC/TCB) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| McCarty Mechanical, Inc. | ) ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record, it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge, and the proposed Order submitted by the plaintiffs is this day entered.

/s/
James C. Cacheris
United States District Judge

Alexandria, Virginia
October 24, 2012